IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORLANDO RODRIGUEZ, )
)
    Plaintiff, )
) Civil Action No. 07-341 Erie
v. )
)
MS. SENCHAK, et al., )
)
    Defendants. )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on December 10, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 27], filed on February 18, 2009, recommended that Defendants' motion for summary judgment [Doc. No. 23] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 9th day of March, 2009;

IT IS HEREBY ORDERED that the Defendants' motion for summary judgment [Doc. No. 23] is GRANTED.

The Report and Recommendation [Doc. No. 27] of Magistrate Judge Baxter, filed on February 18, 2009 is adopted as the opinion of the Court.

                                      s/ Sean J. McLaughlin
                                         United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge